| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Leroy Bishop Austin**<br>**3250 Wilshire Boulevard**<br>**Suite 1500**<br>**Los Angeles, CA 90010**<br>**213-388-4939**<br>**213-388-2411**   lbishopbk@yahoo.com<br><br>☒ *Attorney for Plaintiff(s):*<br>☐ *Plaintiff(s) appearing without attorney* | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Jose A. Rivas<br>Maria E Rivas<br><br>Debtor(s). | CASE NO.: **2:09-bk-25046-VZ**<br><br>CHAPTER 13<br><br>ADVERSARY NO.: |
|---|---|
| Jose A. Rivas and Maria E Rivas    Plaintiff(s),<br><br>vs.<br><br>BANK OF AMERICA, BANK OF AMERICA, N. A. , its assignees and/or successors in interests; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive<br>Defendant. | **DEBTOR'S COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(a),(d), FRBP 3012]**<br><br>TO BE FILED CONCURRENTLY WITH LBR FORM F 7004-1 SUMMONS AND NOTICE OF STATUS CONFERENCE AND FORM B-104 ADVERSARY PROCEEDING COVER SHEET |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Defendant"):**    **Bank of America**

---

**A. Introduction:** This is an adversary proceeding brought by the Plaintiff(s), **Jose A. Rivas and Maria E. Rivas**, in order to determine the value of a claim secured by a lien on principal residence of Plaintiff(s) which the estate has an interest, and to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") of Defendant, pursuant to 11 U.S.C. § 506.

**B. Jurisdiction:** This adversary proceeding arises out of and is related to the above-captioned chapter 13 case now pending in United States Bankruptcy Court. The complaint involves a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2). The court has jurisdiction in this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334; and General Order No. 266 of the United States District Court for the Central District of California.

**C. Venue:** Venue for this adversary proceeding is proper in this court pursuant to 28 U.S.C. § 1409(a).

**D. General Allegations:**

   **1. Property at Issue:** Plaintiff(s) owns real property (the "Property"), which is the principal residence of Plaintiff(s), described below, encumbered by a lien held by Defendant:

*Street Address:*        **6225 Beard Street**
*Unit Number:*
*City, State, Zip Code:*  **Los Angeles, California 90042-2150**

Legal description or document recording number (including county of recording):
Eagle Rock Vista Tract Lot 10

   ☐ See attached page

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                                      Page 1                              F4003-2.5.COMPLAINT
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

**2. Grounds for Avoidance of Junior Lien:**

a. As of __1/10/11__, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the Plaintiff(s) seeks to have treated as indicated:

  i. __1st Deed of Trust__ in the amount of $ __347,794.33__ ;

  ii. __2nd Deed of Tru__ in the amount of $ __45,936.65__ ☒ is ☐ is not to be avoided;

  iii. _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;

  ☐ See attached page for additional lien(s).

b. As of __4/22/2009__, Property is worth no more than $ __190,000.00__ .

c. As a result, Defendant's claim related to the Lien on the Property is ☒ wholly ☐ partially unsecured.

**E. Claim For Relief:**

1. Pursuant to 11 U.S.C. § 506(a), Defendant's claim as of the date of filing is unsecured.

2. Pursuant to 11 U.S.C. § 506(d) the Defendant's Lien may be avoided.

**F. Wherefore, Plaintiff prays for the following:**

1. The Property is valued at no more than $ __190,000.00__ .

2. The Defendant's claim related to the Lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

3. The avoidance of Defendant's Lien is contingent upon ☐ Debtor's completion of the chapter 13 plan, or ☒ Debtor's receipt of a chapter 13 discharge.

4. The Defendant shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of Debtor's chapter 13 case, the conversion of Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to: ☐ Debtor's completion of the chapter 13 plan, or ☒ Debtor's receipt of a chapter 13 discharge.

5. In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes Defendant's lien rights prior to: ☐ Debtor's completion of the chapter 13 plan, ☒ or Debtor's receipt of a chapter 13 discharge,

6. ☐ See attached continuation page for additional provisions.

Dated: __January 13, 2011__

Respectfully submitted,

By: __/s/ L. Bishop Austin__
Signature of Plaintiff or Attorney for Plaintiff

Name: __Leroy Bishop Austin__
Type Name of Plaintiff or Attorney for Plaintiff

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                                Page 2                              F4003-2.5.COMPLAINT

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90010

A true and correct copy of the foregoing document described as  **DEBTOR'S COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE § 706(a) OR 1112(a)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __1/14/11__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 14, 2011 | Maritza Sandoval | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                                     Page 3                                     F4003-2.5.COMPLAINT
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*

*(Certified Mail required for service on a national bank.)*

| Name | Address from | Delivery Method |
|---|---|---|
| Name of 1st Lien Holder & Address<br>BAC Home Loan Servicing<br>c/o Richard J. Bauer, Jr., Esq.<br>Miles, Bauer, Bergstrom, et al.<br>1665 Scenic Avenue, Ste. 200<br>Costa Mesa, CA 92626 | ☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 1st Lien Holder - Agent for Service of Process<br>CT Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017 | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 1st Lien Holder - Servicing Agent | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 2nd Lien Holder & Address<br>Bank of America<br>475 Cross Point Parkway<br>Getzville, NY 14068 | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br>MonthlyStatement(s) | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 2nd Lien Holder - Agent for Service of Process<br>Bank of America<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 2nd Lien Holder - Servicing Agent<br>Bank of America, N.A.<br>PO BOX 26012<br>NC4-105-03-14<br>Attn.: Falena L Bryden<br>Greenboro, NC 27420 | ☐ Proof of Claim ☐ Secretary of State<br>☑ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☑ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 3rd Lien Holder & Address | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010    Page 4    F4003-2.5.COMPLAINT

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

| Name of 3rd Lien Holder - Agent for Service of Process | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|---|---|---|
| Name of 3rd Lien Holder - Servicing Agent | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

| *Alternative/Additional Address* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|---|---|---|
| *Alternative/Additional Address* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                                Page 5                                F4003-2.5.COMPLAINT
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy